UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

            Plaintiff,

v.

JOHN L. HUTCHINS & ROBERTO SOLIMAN

            Defendants.
_____

**NOTICE OF MOTION**

Cri. No. 22-CR-42-JLS-JJM

PLEASE TAKE NOTICE:

| | |
|---|---|
| MOTION MADE BY: | Rodney O. Personius<br>PERSONIUS MELBER LLP<br>*Attorney for Defendant*<br>ROBERTO SOLIMAN |
| DATE, TIME & PLACE: | Oral argument is not requested |
| RELIEF SOUGHT: | Permission for out-of-state travel by defendant Soliman between June 18 and June 20, 2022 |
| GROUNDS FOR RELIEF SOUGHT: | Discretion of the Court |
| SUPPORTING PAPERS: | Annexed Declaration of Counsel |

Dated: Buffalo, New York
       June 14, 2022

                                     **/s/ Rodney O. Personius**
                                     Rodney O. Personius, Esq.
                                     PERSONIUS MELBER LLP
                                     *Attorneys for Defendant*
                                     ROBERTO SOLIMAN
                                     2100 Main Place Tower
                                     Buffalo, NY 14202
                                     (716) 855-1050
                                     rop@personiusmelber.com

TO:    AUSA Paul Bonnano
United States Attorney's Office
Western District of New York
Buffalo, New York 14202

USPO Andre McCray
United States Probation Office
2 Niagara Square
Buffalo, New York 14202

Paul Cambria, Esq.
Justin Ginter, Esq
Lipsitz Green Scime Cambria LLP
42 Delaware Ave. #120
Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA

                Plaintiff,

v.

JOHN L. HUTCHINS & ROBERTO SOLIMAN

                Defendants.

───────────────────────────────

**DECLARATION OF COUNSEL**

Cri. No. 22-CR-42-JLS-JJM

RODNEY O. PERSONIUS declares the truth of the following under the penalty of perjury:

1. I am a member of Personius Melber LLP, attorneys for Defendant Roberto Soliman.

2. Mr. Soliman is currently on pre-trial release, which includes a condition at paragraph 8(i) of the Order Setting Conditions of Release that he not leave the district absent court permission.

3. The defendant's cousin, Sandra Adly, and her husband, Jack, reside at 389 Quarry Run, Grand Island, NY 14072.

4. Mr. Soliman seeks permission of the Court to travel with the Adlys to Washington, DC over the upcoming weekend.

5. In particular, their plan is to leave Western New York on Saturday morning, June 18, 2022, by automobile.

6. While in the Washington, DC area, their intention is to stay at the Double Tree Hilton Hotel, 300 Army Navy Dr., Arlington, VA 22202-2891.

7. Mr. Soliman, his cousin, and her husband will then return by motor vehicle to Western New York on Monday, June 20, 2022.

8.      United States Probation Officer Andre McCray, who supervises the defendant's pretrial release, has no opposition to this requested travel.

9.      Assistant United States Attorney Paul Bonanno defers to the judgment of USPO McCray regarding this requested out-of-state travel.

**WHEREFORE**, application is hereby made for approval by the Court of out-of-state travel by defendant Roberto Soliman to Washington, DC and Arlington, VA between June 18 and June 20, 2022.

Dated:  Buffalo, New York
        June 14, 2022

                                          **/s/ Rodney O. Personius**
                                          Rodney O. Personius